**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Eric Dewayne Small v. State of Texas

Appellate case number:    01-14-00421-CR

Trial court case number:  985103

Trial court:              209th District Court of Harris County

The Court has determined that one exhibit, marked by the official court reporter as State's Exhibit 13, "Defendant's audio statement," was not included as part of the reporter's record forwarded to this Court on appeal.

Accordingly, the exhibit clerk of the 209th District Court is directed to deliver to the Clerk of this Court the original State's Exhibit 13. *See* TEX. R. APP. P. 34.5(f), 34.6(g)(2). The Clerk of this Court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this Court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 13 to the clerk of the 209th District Court.

The exhibit must be filed in this Court **no later than 10 days from the date of this order**.

It is so ORDERED.

Judge's signature:    /s/ Terry Jennings
                      ☑ Acting individually    ☐ Acting for the Court

Date: September 17, 2015